# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DONOVAN TYRELLE WRIGHT

NO. 2022 KW 1360

**MARCH 6, 2023**

---

In Re: Donovan Tyrelle Wright, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 742992.

---

**BEFORE: WELCH, PENZATO, AND LANIER, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the indictment, the commitment order, the guilty plea and sentencing transcript, the master prison record, and any other portions of the district court record that might support the claims raised in the writ application.

**JEW**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT